Robert B. Sykes (#3180)
Alyson C. McAllister (#9886)
SYKES McALLISTER LAW OFFICES, PLLC
311 South State Street, Suite 240
Salt Lake City, Utah 84111
Telephone (801) 533-0222
bob@sykesmcallisterlaw.com
alyson@sykesmcallisterlaw.com
*Attorneys for Plaintiffss*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| ROBERT WHITTLE and ANNIE ESPOSITO, parents and proposed personal representatives of JASON WHITTLE, deceased, on behalf of the estate of JASON WHITTLE, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>DARRELL BROADHEAD, an Officer of the Riverton Precinct of Unified Police Department, JASON ADAMSON, Former Chief of Police Services for the Riverton Precinct of Unified Police Department, UNIFIED POLICE DEPARTMENT, a police department operated under the authority of Salt Lake County, SHERIFF ROSIE RIVERA, Sheriff of Salt Lake County, and JOHN and JANE DOES 1-10,<br><br>Defendants. | Case No. 2:20-CV-728-HCN-JCB<br><br>**RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge Howard C. Nielson, Jr. |

On May 4, 2021, the Court filed an Order to Show Cause on the above captioned matter. Plaintiffs respond as follows:

As was indicated in the Court's Order to Show Cause, Defendants filed a Motion for Judgment on the Pleadings on February 1, 2021. In order to give Plaintiffs a chance to thoroughly review and consider their response to this motion, Plaintiffs requested a two-week extension on their response, which Defendants agreed to, with the new deadline being March 16. Right after that agreement was made, Plaintiffs' counsel and another family member became ill and tested positive for COVID-19. Due to the severity of this illness, Plaintiffs had to request an additional extension to respond. During that time, Plaintiffs also brought up the possibility of a meeting to discuss the potential for resolution of this matter.

On March 19, 2021, the parties had a lengthy discussion and determined that the potential to resolve this matter was good. At that time, the parties agreed to informally stay briefing on the motion for judgment on the pleadings while they engaged in settlement discussions, so as not to incur additional costs and fees on either side. Discussions regarding the details of a resolution of this case have been ongoing, and although they have taken longer than anticipated, it appears as though the parties will be able to resolve this matter shortly. Therefore, Plaintiffs request that the Court allow the parties additional time to conclude these discussions and resolve this matter.

DATED this 17th day of May, 2021.

**SYKES McALLISTER LAW OFFICES, PLLC**

 /s/ Alyson C. McAllister
ALYSON C. McALLISTER
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2021, this **RESPONSE TO ORDER TO SHOW CAUSE** was served electronically upon the following via the Court's electronic filing system:

**ATTORNEYS FOR DEFENDANTS:**
R. Scott Young (sy@scmlaw.com)
SNOW, CHRISTENSEN & MARTINEAU


                                                  */s/ Alyson C. McAllister*